1

2

3

4                                                            JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   EZEKIEL RUBEN GARZA,                 Case No.  EDCV 15-02425-KES

12                  Plaintiff,

13        v.                              **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15

16                  Defendant.

17

18

19        IT IS HEREBY ADJUDGED that, for the reasons set forth in the

20   Memorandum Opinion and Order, the decision of the Commissioner of the Social

21   Security Administration is affirmed and this action is dismissed with prejudice.

22

23   DATED:  December 21, 2016

24                                        _Karen E. Scott_

25                                        _____

26                                        KAREN E. SCOTT
                                          United States Magistrate Judge

27

28